### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PIERRE JORDAN, #M07905** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 17-cv-00466-SMY** |
| | ) | |
| **C/O CACIOPPO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, and the parties having filed a Stipulation to Dismiss (Doc. 66), this action is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  June 8, 2020**

**MARGARET M. ROBERTIE, CLERK OF COURT**

By: *s/ Tanya Kelley*
**Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*
        **STACI M. YANDLE**
        **United States District Judge**